FILED: May 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1447
(8:22-cv-02597-DKC)

_____

MARYLAND CHAPTER OF THE SIERRA CLUB, part of Sierra Club, Inc.; NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES; NATURAL RESOURCES DEFENSE COUNCIL, INCORPORATED

   Plaintiffs - Appellants

and

FRIENDS OF MOSES HALL; NORTHERN VIRGINIA CITIZENS ASSOCIATION

   Plaintiffs

v.

FEDERAL HIGHWAY ADMINSTRATION; STEPHANIE POLLACK, in her capacity as Acting Administrator of the Federal Highway Administration; GREGORY MURRILL, in his official capacity as Maryland Division Administrator of the Federal Highway Administration; MARYLAND DEPARTMENT OF TRANSPORTATION; JAMES F. PORTS, JR., in his official capacity as Secretary of the Maryland Department of Transportation

   Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |

| | |
|---|---|
| Originating Case Number | 8:22-cv-02597-DKC |
| Date notice of appeal filed in originating court: | 05/14/2024 |
| Appellant(s) | Maryland Chapter of the Sierra Club, National Trust for Historic Preservation in the United States, and Natural Resources Defense Council, Inc. |
| Appellate Case Number | 24-1447 |
| Case Manager | Rachel Phillips<br>804-916-2702 |