# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-1447 Md. Ch. of the Sierra Club v. Fed. Highway Admin. |
| **Originating No. & Caption** | DKC 22-2597 Md. Ch. of Sierra Club v. Fed. Highway Admin. |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland (Southern Div.) |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | March 20, 2024 | |
| Date notice of appeal or petition for review filed | May 14, 2024 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ○ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This case involves the environmental review and approval of a highway expansion project in Fairfax County, Virginia and Montgomery County, Maryland. Plaintiff-Appellants Maryland Chapter of the Sierra Club, National Trust for Historic Preservation, and Natural Resources Defense Council sued in the U.S. District Court for the District of Maryland to challenge the Federal Highway Administration (FHWA) and Maryland Department of Transportation's (MDOT) Record of Decision approving a plan to add toll lanes to portions of I-495 and I-270 in suburban Washington, D.C. Their claims include allegations that FHWA and MDOT violated the National Environmental Policy Act and the Department of Transportation Act by failing to adequately assess certain environmental and health harms from the highway expansion. Plaintiff-Appellants appeal the district court's final order denying their motion for summary judgment and granting the motion for summary judgment of Defendant-Appellees FHWA, MDOT, and various officials of those agencies sued in their official capacities. |

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
|---|
| 1. Whether FHWA and MDOT violated the National Environmental Policy Act by failing to take a hard look at environmental and public health harms from the highway expansion project's fine particulate matter emissions.<br><br>2. Whether FHWA and MDOT violated the National Environmental Policy Act by failing to take a hard look at record evidence that the highway expansion project would disproportionately increase air pollution in environmental justice communities.<br><br>3. Whether FHWA and MDOT acted arbitrarily by failing to articulate a reasonable explanation consistent with FHWA regulations for rejecting an alternative alignment for the American Legion Bridge that would have avoided damaging Plummers Island, a natural and historic area. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Federal Highway Administration<br><br>Attorney: Samuel R. Vice<br>Address: DOJ-Enrd<br>Environment and Natural Resources Division<br>P.O. Box 7611<br><br>E-mail: samuel.vice@usdoj.gov<br><br>Phone: 202-353-5540 | Adverse Party: Shailen Bhatt, in his official capacity as Administrator of FHWA<br><br>Attorney: Samuel R. Vice<br>Address: DOJ-Enrd<br>Environment and Natural Resources Division<br>P.O. Box 7611<br><br>E-mail: samuel.vice@usdoj.gov<br><br>Phone: 202-353-5540 |
| **Adverse Parties (continued)** ||
| Adverse Party: Valeriya Remezova, in her official capacity as Md. Div. Admin. of FHWA<br><br>Attorney: Samuel R. Vice<br>Address: DOJ-Enrd<br>Environment and Natural Resources Division<br>P.O. Box 7611<br><br>E-mail: samuel.vice@usdoj.gov<br><br>Phone: 202-353-5540 | Adverse Party: Maryland Department of Transportation<br><br>Attorney: Fred Roy Wagner<br>Address: Venable LLP<br>750 E Pratt Street, Ste 900<br>Baltimore, MD 21202<br><br>E-mail: fwagner@venable.com<br><br>Phone: 202-344-4032 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Maryland Chapter of the Sierra Club<br><br>Attorney: Peter J. DeMarco<br>Address: Natural Resources Defense Council<br>1152 15th St. NW, Suite 300<br>Washington, DC 20005<br><br>E-mail: pdemarco@nrdc.org<br><br>Phone: 202-513-6267 | Name: National Trust for Historic Preservation in the United States<br><br>Attorney: Peter J. DeMarco<br>Address: Natural Resources Defense Council<br>1152 15th St. NW, Suite 300<br>Washington, DC 20005<br><br>E-mail: pdemarco@nrdc.org<br><br>Phone: 202-513-6267 |
| **Appellant (continued)** ||
| Name: Natural Resources Defense Council<br><br>Attorney: Peter J. DeMarco<br>Address: Natural Resources Defense Council<br>1152 15th St. NW, Suite 300<br>Washington, DC 20005<br><br>E-mail: pdemarco@nrdc.org<br><br>Phone: 202-5136267 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** s/ Peter J. DeMarco      **Date:** May 28, 2024

**Counsel for:** Md. Ch. Sierra Club, National Trust for Historic Preservation, NRDC

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:      Date:

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DOCKETING STATEMENT – ADDITIONAL PAGE

**Adverse Parties (continued)**

Name: Paul J. Wiedefeld, in his official capacity as Secretary of the Maryland Department of Transportation
Attorney: Fred Roy Wagner
Address: Venable LLP
      750 E. Pratt Street, Suite 900
      Baltimore, MD 21202
E-mail: fwagner@venable.com
Phone: 202-344-4032