**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 28, 2024

_____

No. 24-1447
(8:22-cv-02597-DKC)

_____

MARYLAND CHAPTER OF THE SIERRA CLUB, part of Sierra Club, Inc.; NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES; NATURAL RESOURCES DEFENSE COUNCIL, INCORPORATED

        Plaintiffs - Appellants

and

FRIENDS OF MOSES HALL; NORTHERN VIRGINIA CITIZENS ASSOCIATION

        Plaintiffs

v.

FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, in his official capacity as Acting Administrator of the Federal Highway Administration; VALERIYA RAMEZOVA, in her official capacity as Maryland Division Administrator of the Federal Highway Administration; MARYLAND DEPARTMENT OF TRANSPORTATION; PAUL J. WIEDEFELD, in his official capacity as Secretary of the Maryland Department of Transportation

        Defendants - Appellees

_____

**AMENDED CAPTION NOTICE**

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Rachel Phillips, Deputy Clerk
804-916-2702