IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,

        *Appellants*,

and

FRIENDS OF MOSES HALL, *et al.*,

        *Plaintiffs*,

v.

FEDERAL HIGHWAY ADMINISTRATION, *et al.*,

        *Appellees*.

No. 24-1447
(8:22-cv-02597-DKC)

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE AND DEFER APPENDIX**

Appellants Maryland Chapter of the Sierra Club, National Trust for Historic Preservation, and the Natural Resources Defense Council, and Appellees the Federal Highway Administration, Administrator Shailen Bhatt, Division Administrator Valeriya Remezova, the Maryland Department of Transportation, and Secretary Paul J. Wiedefeld (collectively, the "Parties"), hereby respectfully move to extend the briefing schedule, Fed. R. App. P. 26(b); Local R. 31(c), and to defer the joint appendix until after Appellants' reply brief, Fed. R. App. P. 30(c). Under the proposed extension, Appellants' opening brief will be due on July 12, 2024, Appellees' response brief[1] will be due on September 16, 2024, and Appellants' reply brief will be due 28 days after service of Appellees' response brief. The joint appendix will be due 21 days after service of

---

[1] The Federal and non-Federal Appellees intend at a later time to move for leave to file separate response briefs. That relief is not sought in this motion.

1

Appellants' reply brief. Final copies of the Parties' briefs with citations to the joint appendix will be due 14 days after the joint appendix is filed.

  In support of this motion, the Parties state the following:

  1. On May 16, 2024, this Court issued a Briefing Order, which directed Appellants to file their opening brief and the joint appendix on or before June 25, 2024. ECF No. 2. This Court further ordered that Appellees file their response brief by July 25, 2024, and Appellants file their reply brief, if any, within 21 days of service of Appellees' response brief. *Id.*

  2. The Parties respectfully request that this Court extend the deadline for Appellants' brief to July 12, 2024. The Parties also respectfully request that the deadline for Appellees to file their response brief be extended to September 16, 2024, and that the deadline for Appellants' reply brief be set within 28 days of service of Appellees' brief.

  3. The Court has discretion to extend filing deadlines for good cause under Federal Rule of Appellate Procedure 26(b) and for extraordinary circumstances under Local Rule 31(c). Given the complexity of the issues in this case, the voluminous administrative record, and counsel's personal and professional obligations, the additional time will allow the Parties to better prepare briefs that aid the Court's consideration. No party will be prejudiced by the proposed schedule.

  4. The Parties also respectfully request that this Court extend the deadline for the joint appendix to 14 days after service of Appellants' reply brief. Fed. R. App. P. 30(c). The administrative record in this case is nearly 200,000 pages long. The Parties agree that the vast majority of the administrative record is not relevant to matters on appeal. Deferring the joint appendix until after the Parties have filed their briefs will help the Parties narrow the scope of

materials to be included in the joint appendix, ensuring the Court is not burdened with irrelevant material or unnecessary duplication. *See* Local R. 30(b)(1).

5. The Parties propose to file final briefs with citations to the joint appendix 14 days after filing the joint appendix. Fed. R. App. P. 30(c)(2)(B).

For the foregoing reasons, the Parties respectfully request that the Court extend the briefing schedule and the deadline for the joint appendix as follows:

- Appellants' Opening Brief due: July 12, 2024
- Appellees' Response Brief due: September 16, 2024
- Appellants' Reply Brief due: 28 days after service of Appellees' response brief
- Joint Appendix due: 14 days after service of Appellants' reply brief
- Parties' Final Briefs with citations to the Joint Appendix: 14 days after filing of the Joint Appendix

June 3, 2024

Respectfully Submitted,

/s/ Peter J. DeMarco
Peter J. DeMarco
Jared E. Knicley
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org
Email: jknicley@nrdc.org

Nanding Chen
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
Telephone: (415) 875-6165

3

Facsimile: (415) 795-4799
Email: nchen@nrdc.org

*Counsel for Appellants Maryland Sierra Club,*
*National Trust for Historic Preservation in the United States,*
*and Natural Resources Defense Council*


/s/Andrea Ferster
Andrea Ferster
Attorney at Law
68 Beebe Pond Road
Canaan, NY 12029
Telephone: (202) 669-6311
Email: aferster@railstotrails.org
(signed by Peter J. DeMarco with
permission from Andrea Ferster)

*Counsel for Appellant Maryland Sierra Club*


/s/ Elizabeth S. Merritt
Elizabeth S. Merritt
Deputy General Counsel
National Trust for Historic Preservation
600 14th Street NW, Suite 500
Washington, DC 20005
Telephone: (202) 588-6026
Facsimile: (202) 588-6038
Email: emerritt@savingplaces.org
(signed by Peter J. DeMarco with
permission from Elizabeth S. Merritt)

*Counsel for Appellant National Trust for*
*Historic Preservation in the United States*

/s/ Andrew M. Bernie
ANDREW M. BERNIE
Attorney, Appellate Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 514-4010
andrew.m.bernie@usdoj.gov
(signed by Peter J. DeMarco with
permission from Andrew M. Bernie)

*Counsel for the Federal Appellees*


Anthony G. Brown
Attorney General of Maryland

Linda M. DeVuono
Office of the Attorney General of Maryland
707 N. Calvert St., 4th Floor
Baltimore, MD 21202
Tel: (410) 530-9783
ldevuono@mdot.maryland.gov

*Counsel for Defendants Maryland*
*Department of Transportation and Secretary Paul J. Wiedefeld*


            /s/
Fred R. Wagner
Jay C. Johnson
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
Email: frwagner@venable.com
Email: jcjohnson@venable.com
(signed by Peter J. DeMarco with
permission from Fred R. Wagner)

*Special Counsel to the Attorney General of Maryland for Defendants Maryland*
*Department of Transportation and Secretary Paul J. Wiedefeld*

5