FILED: June 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1447
(8:22-cv-02597-DKC)

_____

MARYLAND CHAPTER OF THE SIERRA CLUB, part of Sierra Club, Inc.; NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES; NATURAL RESOURCES DEFENSE COUNCIL, INCORPORATED

    Plaintiffs - Appellants

 and

FRIENDS OF MOSES HALL; NORTHERN VIRGINIA CITIZENS ASSOCIATION

    Plaintiffs

v.

FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, in his official capacity as Acting Administrator of the Federal Highway Administration; VALERIYA RAMEZOVA, in her official capacity as Maryland Division Administrator of the Federal Highway Administration; MARYLAND DEPARTMENT OF TRANSPORTATION; PAUL J. WIEDEFELD, in his official capacity as Secretary of the Maryland Department of Transportation

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a

deferred joint appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, the court grants the motion. The clerk shall establish a schedule in accordance with this court's procedures.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk