# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 6, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   24-1447,  Maryland Chapter of the Sierra Club v. Federal Highway
                Administration
                8:22-cv-02597-DKC

TO:   Maryland Department of Transportation
      Paul J. Wiedefeld

REQUESTED FORM(S) DUE:  June 10, 2024

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

| | |
|---|---|
| [ ] Docketing statement - Criminal or Docketing statement - Civil or Agency | |
| [ XX ] Disclosure Statement | |
| [ ] Appearance of counsel [eFiler status required] | |
| [ ] Transcript order form | |

Rachel Phillips, Deputy Clerk
804-916-2702