IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*,<br><br>    *Appellants*,<br><br>and<br><br>FRIENDS OF MOSES HALL, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>FEDERAL HIGHWAY ADMINISTRATION, *et al.*,<br><br>    *Appellees*. | No. 24-1447<br>(8:22-cv-02597-DKC) |

**MOTION TO WITHDRAW AS COUNSEL**

  Pursuant to Local Rule 46(c), the undersigned, Peter J. DeMarco, respectfully seeks leave to withdraw as counsel for Appellants Maryland Chapter of the Sierra Club, National Trust for Historic Preservation, and Natural Resources Defense Council in the above-captioned case. All Appellants are aware of Mr. DeMarco's proposed withdrawal. The reason for the withdrawal is that Mr. DeMarco has accepted new employment. Jared E. Knicley and Nanding Chen will continue to represent all Appellants. Elizabeth S. Merritt will continue to represent Appellant National Trust for Historic Preservation. Andrea Ferster will continue to represent Appellant Maryland Chapter of the Sierra Club.

Dated: July 26, 2024            Respectfully submitted,

                     /s/ Peter J. DeMarco
                     Peter J. DeMarco

1

Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6267
Facsimile: (415) 795-4799
Email: pdemarco@nrdc.org

2