**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| MARYLAND CHAPTER OF THE SIERRA CLUB, *et al.*, | |
| *Appellants*, | |
| and | No. 24-1447 (8:22-cv-02597-DKC) |
| FRIENDS OF MOSES HALL, *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| FEDERAL HIGHWAY ADMINISTRA-TION, *et al.*, | |
| *Appellees*. | |

**APPELLEES' UNOPPOSED MOTION TO FILE SEPARATE BRIEFS AND
FOR INCREASED WORDS**

This case involves two separate sets of appellees. Federal Appellees the Federal Highway Administration (FHWA), FHWA Administrator Shailen Bhatt, and FHWA Maryland Division Administrator Valeriya Remezova are represented by the United States Department of Justice. State Appellees the Maryland Department of Transportation, and Secretary Paul J. Wiedefeld are represented by the Maryland Attorney General's office and its special counsel. Because these two different governments have different roles in the challenged action, distinct interests, and are

1

represented by separate counsel, they ask that the Court allow them to file separate answering briefs on appeal, and that the word limit for each brief be set at 11,000 words. Appellants consent to both aspects of this request.

Fourth Circuit Local Rule 28(d) requires a showing of good cause for the filing of separate briefs. Such good cause exists here because:

1. The Federal Appellees and State Appellees played different roles in the review and approval of the highway project at issue in this appeal. The Maryland Department of Transportation took the lead during the environmental review process that Appellants are challenging. The Federal Appellees independently reviewed MDOT's work and reached their own conclusions before approving the project.

2. The Federal Appellees and State Appellees also have different interests in the project. While both Appellees are defending the decision that approves the project, the State Appellees have a more direct interest in the important State resources involved.

3. The United States and the State of Maryland, as separate sovereigns, have their own processes for approving legal filings that involves significant lead times and supervisor review, especially for filings in the federal Courts of Appeals. The Federal Appellees' brief must be approved by the Assistant Attorney General for the Environment and Natural Resources Division, a process that involves substantial coordination within the Department of Justice. Under normal practice, draft briefs

may not be shared with other litigants, such as the State Appellees, until the brief has been approved by the Assistant Attorney General. Similarly, under the procedures established by the Maryland Office of the Attorney General, all appellate briefs filed with state and federal courts must go through two reviews before filing: one at the agency or division level and another at the the Office of the Attorney General. Because both the State Office of the Attorney General and the U.S. Department of Justice require final approval of briefs before filing, a joint brief in this case would be difficult to coordinate, finalize and file.

4.    Moreover, as the parties stated in their motion to set the briefing schedule, this case involves complex issues and a voluminous administrative record. Accordingly, if the Court allows the filing of separate briefs, Federal Appellees and State Appellees further request that the word limit for each brief be set at 11,000 words. Federal Appellees and State Appellees will coordinate as much as possible to avoid duplicative briefing.

5.    After consultation by email, counsel for Appellants stated that they consent to the Federal Appellees and State Appellees' request to file separate briefs, and for a word limit of 11,000 words for each brief.

August 15, 2024

Respectfully Submitted,

/s/ Andrew M. Bernie
ANDREW M. BERNIE

Attorney, Appellate Section
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 514-4010
andrew.m.bernie@usdoj.gov

*Counsel for Appellees Federal Appellees the
Federal Highway Administration, FHWA
Administrator Shailen Bhatt, and FWHA Maryland
Division Administrator Valeriya Remezova*

Anthony G. Brown
Attorney General of Maryland

Linda M. DeVuono
Office of the Attorney General of Maryland
707 N. Calvert St., 4th Floor
Baltimore, MD 21202
Tel: (410) 530-9783
ldevuono@mdot.maryland.gov

*Counsel for Appellees Maryland Department of
Transportation and Secretary Paul J. Wiedefeld*

_____/s/_____
Fred R. Wagner
Jay C. Johnson
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
Email: frwagner@venable.com
Email: jcjohnson@venable.com

*Special Counsel to the Attorney General of
Maryland for Appellees Maryland Department of
Transportation and Secretary Paul J. Wiedefeld*

4