FILED: August 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1447
(8:22-cv-02597-DKC)

_____

MARYLAND CHAPTER OF THE SIERRA CLUB, part of Sierra Club, Inc.; NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES; NATURAL RESOURCES DEFENSE COUNCIL, INCORPORATED

      Plaintiffs - Appellants

and

FRIENDS OF MOSES HALL; NORTHERN VIRGINIA CITIZENS ASSOCIATION

      Plaintiffs

v.

FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, in his official capacity as Acting Administrator of the Federal Highway Administration; VALERIYA RAMEZOVA, in her official capacity as Maryland Division Administrator of the Federal Highway Administration; MARYLAND DEPARTMENT OF TRANSPORTATION; PAUL J. WIEDEFELD, in his official capacity as Secretary of the Maryland Department of Transportation

      Defendants – Appellees

_____

O R D E R

_____

Upon consideration of appellees' unopposed motion to file separate briefs and for increased word limits, the court grants the motion. Each response brief shall be limited to not more than 11,000 words.

For the Court

/s/ Nwamaka Anowi, Clerk