**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 18, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.    24-1447,        <u>Maryland Chapter of the Sierra Club v. Federal Highway Administration</u>
                      8:22-cv-02597-DKC

TO:    All Parties

RESPONSE DUE: 10/21/2024

Response is required to the notice requesting information regarding similar cases on or before 10/21/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Rachel Phillips, Deputy Clerk
804-916-2702