# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-1447    Caption: Maryland Ch. of the Sierra Club v. Federal Highway Admin.

Argument Session For Which You Are Scheduled: January 28-31

Dates You Are Available To Argue in the Session (if any):

January 28, 30, or 31

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

None

Other Relevant Information:



Party(ies) You Represent:

Maryland Department of Transportation and Paul J. Wiedefeld (in his official capacity)

| October 25, 2024 | /s Jay C. Johnson |
|---|---|
| Date | Counsel Signature |

11/29/2021  SCC