## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-1447

Date of Oral Argument: 01/28/25

Caption: Maryland Chapter of the Sierra Club v. Federal Highway Administration

Attorney Arguing: Jay C. Johnson

Arguing on Behalf of (party name):
Maryland Department of Transportation & Secretary Paul J. Wiedefeld (in his official capacity)

Select party type:
☐ Appellant   ☑ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Andrew Bernie, Department of Justice
Phone Number (day of argument): 202-598-1960

Principal Argument Time: 12
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Jay C. Johnson
Phone Number (day of argument): 202-271-1844

Principal Argument Time: 8
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
N/A
Phone Number (day of argument):

Argument Time:

Select one of the following: ☐ Order allowing argument time   ☐ Court-Appointed Amicus

Signature: s/ Jay C. Johnson     Date: 12/02/24

03/08/2022 SCC