## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 24-1447
Date of Oral Argument: 01/28/25
Caption: Maryland Chapter of the Sierra Club v. Federal Highway Administration
Attorney Arguing: Andrew M. Bernie
Arguing on Behalf of (party name): FEDERAL HIGHWAY ADMINISTRATION, SHAILEN BHATT, VALERIYA RAMEZOVA

Select party type:
☐ Appellant  ☑ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  → 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  → 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
  → Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Andrew Bernie, Department of Justice
Phone Number (day of argument): 202-598-1960
Principal Argument Time: 12   Rebuttal Argument Time (if any):
(for appellants and appellees)   (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Jay C. Johnson
Phone Number (day of argument): 202-271-1844
Principal Argument Time: 8   Rebuttal Argument Time (if any):
(for appellants and appellees)   (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
N/A
Phone Number (day of argument):
Argument Time:   Select one of the following: ☐ Order allowing argument time
                                               ☐ Court-Appointed Amicus

Signature: /s/ Andrew M. Bernie                Date: 12/02/24

03/08/2022 SCC