

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*  
P.O. Box 7415  
Ben Franklin Station  
Washington, DC 20044

*Telephone (202) 514-4010*  
*Facsimile (202) 353-1873*

**VIA CM/ECF**                                                            January 24, 2025

Nwamaka Anowi  
Clerk of the Court  
United States Court of Appeals for the Fourth Circuit  
1100 E. Main Street, Suite 501  
Richmond, VA 23219

Re:   24-1447, *Maryland Chapter of the Sierra Club v. Federal Highway Administration*; oral argument scheduled for January 28, 2025.

Dear Ms. Anowi:

      In this appeal, Plaintiffs assert, among other arguments, that the Federal Highway Administration (FHWA) conducted a flawed analysis of the effects of the challenged project on communities with environmental justice concerns. *See* Appellants' Opening Brief at 42-48. As noted in our answering brief, *see* Answering Brief at 9-10, then Executive Order 12898 directed that "each Federal agency shall make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations" within the affected area. 59 Fed. Reg. 7629, 7629 (Feb. 11, 1994).

      We wish to inform the Court that, on January 20, 2025, President Trump issued an Executive Order rescinding Executive Order 12898. *See* White House, Presidential Actions, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, Executive Order, Section 3(a)(i), *available at* https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/. President Trump similarly rescinded a newer Executive Order concerning environmental justice that was issued by then-President Biden in 2023. *See* White House, Presidential Actions, Unleashing American Energy, Executive Order, Section 4(a)(xii), *available at* https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/.



**U.S. Department of Justice**

Environment and Natural Resources Division

*Appellate Section*  *Telephone (202) 514-4010*
*P.O. Box 7415*  *Facsimile (202) 353-1873*
*Ben Franklin Station*
*Washington, DC 20044*

                            Respectfully submitted,

                            <u>/s/ Andrew Bernie</u>
                            Andrew Bernie
                            Attorney for Federal Appellees

Word count: 179